```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEDVERSANT TECHNOLOGIES, LLC,     :     CIVIL ACTION
                                  :     No. 15-1057
          Plaintiff,              :
                                  :
     v.                           :
                                  :
LEVERAGE HEALTH SOLUTIONS, LLC,   :
et al.,                           :
                                  :
          Defendants.             :
```

## **O R D E R**

**AND NOW**, this **20th** day of **July, 2015**, for the reasons stated in this Court's memorandum dated July 20, 2015, it is hereby **ORDERED** that:

- Defendant Leverage's Motion to Compel Arbitration and to Dismiss Plaintiff's Complaint (ECF No. 13) is **GRANTED**, and Plaintiff Medversant shall arbitrate its claims against Leverage, as well as against individual Defendants Richard Lungen, Charles Falcone, and David Reilly;

- Defendant Leverage's Motion for Leave to File a Reply Brief (ECF No. 29) is **GRANTED;** and

- Defendant Aperture's Motion to Stay (ECF No. 11) is **GRANTED,** and the matter will hereby be **STAYED** and placed in suspense **UNTIL FURTHER ORDER** of the Court.[1]

---

[1] Upon the completion of the arbitration between Medversant and the above-mentioned Leverage Defendants, the

      **IT IS SO ORDERED.**

                                  <u>/s/ Eduardo C. Robreno</u>
                                  **EDUARDO C. ROBRENO,    J.**

---

Court will issue further scheduling orders to facilitate litigation of this matter between Medversant and Aperture, should the parties elect to so proceed at that time.